UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-61626-Civ-Rosenbaum/Seltzer

DOROTHY MULDROW,

    Plaintiff,

v.

CREDIT BUREAU COLLECTION SERVICES, INC.,
d/b/a CBCS, SUNTRUST BANK, INC. and
JOHN DOES 1-3

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST SUNTRUST BANK AND JOHN DOES 1-3

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntary dismisses this action with prejudice against SunTrust Bank and John Does 1-3.

    Respectfully submitted,

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Fort Lauderdale, Florida 33339
    Telephone: (954) 537-2000
    Facsimile: (954) 566-2235
    don@donyarbrough.com

                                             <u>s/Donald A. Yarbrough</u>
                                             Donald A. Yarbrough, Esq.
                                             Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-61626-Civ-Rosenbaum/Seltzer

DOROTHY MULDROW,

    Plaintiff,

v.

CREDIT BUREAU COLLECTION SERVICES, INC.,
d/b/a CBCS, SUNTRUST BANK, INC. and
JOHN DOES 1-3

    Defendant.

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>January 14, 2013</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                              <u>s/Donald A. Yarbrough</u>
                                                                              Donald A. Yarbrough, Esq.

# **SERVICE LIST**

Ms. Elizabeth M. Bohn, Esq.
Jorden Burt LLP
Suite 500
777 Brickell Avenue
Miami, FL 33131
Telephone: 305-347-6879
Facsimile: 305-372-9928

<u>Via U.S. Mail and Facsimile or Notices of Electronic Filing generated by CM/ECF</u>

SunTrust Bank, Inc.
C/o Laurie A. Pennington, Registered Agent
9 Floor
200 South Orange Avenue
Orlando, Florida 32801

<u>Via U.S. Mail</u>

Kelli Lott
Counsel for SunTrust Bank, Inc.
919 East Main Street
Richmond, Virginia 23219

<u>Via U.S. Mail with a courtesy copy via email to Robert.M.Birzer@suntrust.com</u>