UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61626-CIV-ROSENBAUM/SELTZER

DOROTHY MULDROW,

       Plaintiff,

v.

CREDIT BUREAU COLLECTION
SERVICES, INC., d/b/a CBCS, *et al*.,

       Defendants.

_____/

**FINAL ORDER OF DISMISSAL**

       This matter is before the Court upon Plaintiff and Defendant Credit Bureau Collection Services, Inc.'s Joint Stipulation for Dismissal With Prejudice [D.E. 50] and Plaintiff's Notice of Voluntary Dismissal With Prejudice Against Suntrust Bank, Inc., and John Does 1-3. [D.E. 51]. In the Stipulation for Dismissal, Plaintiff and Credit Bureau Collection Services Inc., stipulate to the dismissal with prejudice of this case pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., with respect to Defendant Credit Bureau Collection Services, Inc.  Additionally, in the Notice of Voluntary Dismissal, Plaintiff stipulates to the dismissal with prejudice of this case pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., with respect to Defendants Suntrust Bank, Inc., and John Does 1-3.

       Upon consideration, it is hereby **ORDERED and ADJUDGED** that the Joint Stipulation for Dismissal With Prejudice [D.E. 50] and the Notice of Voluntary Dismissal [D.E. 51] are approved and adopted, and the above-styled case is hereby **DISMISSED WITH PREJUDICE**.  Each party

is to bear its own attorney's fees.  To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**.  The Clerk is directed to **CLOSE** this matter.

    **DONE and ORDERED** in Fort Lauderdale, Florida, this 14th day of January 2013.

                                                _____
                                                ROBIN S. ROSENBAUM
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record